UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH PAPALEO; and<br>MURELLA PAPALEO<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO;<br>Chicago Police Officers<br>JERRY ANDERSON, Star 6059; and<br>FUSTO AYALA, Star 12997;<br><br>    Defendants. | NO. 07 C 6660<br><br>JUDGE MORAN<br>MAGISTRATE JUDGE COX |

**DEFENDANTS' AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants City of Chicago and Police Officers Jerry Anderson and Fausto Ayala, ("Defendants"), by one of their attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendants may answer or otherwise plead to Plaintiffs Complaint, up to and including February 19, 2008. In support thereof, Defendants state as follows:

1. Plaintiffs' Complaint was filed on November 27, 2007. Defendant Officers have been served.

2. The undersigned has filed an appearance for Defendants on today's date.

3. Defendants' Answer or other responsive pleading is due at or about January 7, 2008..

4. Defendants' attorney has not been able to review the file, and has not been able to meet with her clients. Further, the undersigned was gone from the office for a period of 2 weeks..

5. This Motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiffs' counsel, Louis Meyer, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendants, respectfully request that this Honorable Court grant an extension of time up to and including February 19, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

January 7, 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on January 7, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ