UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH PAPALEO; and<br>MURELLA PAPALEO<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF CHICAGO;<br>Chicago Police Officers<br>JERRY ANDERSON, Star 6059; and<br>FUSTO AYALA, Star 12997;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO.  07 C 6660<br>)<br>)<br>)<br>)   JUDGE MORAN<br>)   MAGISTRATE JUDGE COX<br>)<br>)<br>) |

**NOTICE OF AGREED MOTION**

TO:    Louis J. Meyer, Daniel P. Kiss, and Lawrence V. Jackowiak
       Law Offices of Lawrence V. Jackowiak
       20 N. Clark St., Suite 1700
       Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Moran or before such other Judge sitting in his place or stead, on **Wednesday, February 13, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 7th day of January 2008.

                                                  Respectfully submitted,

                                                  /s/ Marcy M. Labedz
                                                  Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566 fax
Attorney No.  06279219

1