UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH PAPALEO; and<br>MURELLA PAPALEO | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | NO. 07 C 6660 |
| CITY OF CHICAGO;<br>Chicago Police Officers<br>JERRY ANDERSON, Star 6059; and<br>FUSTO AYALA, Star 12997; | )<br>)<br>)<br>)<br>) | JUDGE MORAN<br>MAGISTRATE JUDGE COX |
| Defendants. | ) | |

**NOTICE OF FILING**

TO: Louis J. Meyer, Daniel P. Kiss, and Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 1700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on February 19, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFFS' COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219