UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH PAPALEO; and<br>MURELLA PAPALEO<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF CHICAGO;<br>Chicago Police Officers<br>JERRY ANDERSON, Star 6059; and<br>FUSTO AYALA, Star 12997;<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>NO. 07 C 6660<br><br><br>JUDGE MORAN<br>MAGISTRATE JUDGE COX<br><br><br>JURY TRIAL DEMANDED |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_/s/ signature_
Louis J. Meyer, Attorney for Plaintiffs
Kenneth and Murella Papaleo
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, IL 60602
(312) 795-9595
Attorney No. 6290221
Date: 4-29-08

_/s/ Marcy Labedz_
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants
Jerry Anderson and Fausto Ayala Jr.
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219
Date: 4-30-08

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _/s/ Marcy Labedz_
Marcy M. Labedz
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219
Date: 4-30-08