

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6660 | DATE | 4/30/08 |
| CASE TITLE | KENNETH PAPALEO, et al vs. CITY OF CHICAGO, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order Of Dismissal. All of the claims of Plaintiffs, Kenneth and Murella Papaleo, against Defendants, City of Chicago, Jerry Anderson, and Fausto Ayala Jr., are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | LG |
|---|---|---|