

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH PAPALEO; and<br>MURELLA PAPALEO | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 07 C 6660 |
| CITY OF CHICAGO;<br>Chicago Police Officers<br>JERRY ANDERSON, Star 6059; and<br>FUSTO AYALA, Star 12997; | ) ) ) ) ) | JUDGE MORAN<br>MAGISTRATE JUDGE COX |
| Defendants. | ) | JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Kenneth and Murella Papaleo, by one of their attorneys, Louis J. Meyer, and Defendants, Jerry Anderson and Fausto Ayala Jr., by their attorney, Marcy M. Labedz, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiffs, Kenneth and Murella Papaleo, against Defendants, City of Chicago, Jerry Anderson, and Fausto Ayala Jr., are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _James B. Moran_
The Honorable James B. Moran
United States District Judge

DATED: _April 30, 2008_